# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THOMAS AMATO AND JEAN AMATO, HIS WIFE

v.

BELL & GOSSETT, CLARK-RELIANCE CORP., COPES-VULCAN, INC., CRANE CO., DEZURIK/COPES-VULCAN, ELECTROLUX HOME PRODUCTS, INC., GOODYEAR CANADA, INC.,GREENE,TWEED & COMPANY, INDUSTRIAL HOLDINGS CORP. F/K/A CARBORUNDUM COMPANY, INC.,J.A. SEXAUER, INC., JOHN CRANE, INC., LINCOLN ELECTRIC CO., NIBCO, INC, PARKER-HANNIFIN COP., SAINT-GOBAIN ABRASIVES, INC., SEPCO CORP., SPX CORP., VELAN VALVECORP., WILLIAM POWELL COMPANY, INGERSOLL RAND COMPANY,TRANE US, INC., INDIVIDUALLY AND F/K/A AMERICAN STANDARD, INC., SUCCESSOR TO THE TRANE CO., AMERICAN RADIATOR & STANDARDSANITARY CORP., KEWANEE BOILER, CO., AND/OR KEWANEE BOILER DIV. OF AMERICAN STANDARD, UNION CARBIDE CORP. AND WARREN PUMPS, LLC

PETITION OF: CRANE CO.

: No. 448 EAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER


**PER CURIAM**

**AND NOW**, this 1st day of February, 2016, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, as stated by Petitioner, is:

> Whether, under the Court's recent decision in *Tincher v. Omega Flex, Inc.*, 104 A.3d 328 (Pa. 2014), a defendant in a strict-liability claim based on a failure-to-warn theory has the right to have a jury determine whether its product was "unreasonably dangerous[?]"

Mr. Justice Eakin did not participate in the consideration or decision of this matter.